IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LEON GREEN BEY,                          :
                                         :
      Petitioner                         :
                                         :
v.                                       :   CIVIL NO. 4:CV-14-1612
                                         :
DOMINICK L. DEROSE, ET. AL.,             :   (Judge Brann)
                                         :
      Respondents                        :

## **ORDER**

October 8, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Petitioner is **GRANTED** leave to proceed in forma pauperis for the sole purpose of the filing of this action.

    2.    The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

    3.    The Clerk of Court is directed to **CLOSE** the case.

    4.    Based on the Court's conclusion, there is no basis for the

issuance of a certificate of appealability.

BY THE COURT:

 s/   Matthew W. Brann
Matthew W. Brann
United States District Judge